

# United States District Court
## Eastern District of California

Inmer Rolando Tum-Alvarado

Plaintiff(s)

V.

Warden, Mesa Verde Detention Center

Defendant(s)

Case Number: 1:26-cv-04952-JLT-CDB

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Lisa Lynn Elkin hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Inmer Rolando Tum-Alvarado

On 10/20/2014 (date), I was admitted to practice and presently in good standing in the Arizona Supreme Court (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 06/25/2026

Signature of Applicant: /s/ Lisa L. Elkin

**Pro Hac Vice Attorney**

Applicant's Name: Lisa Lynn Elkin

Law Firm Name: Alcock & Associates, PC

Address: 2 N. Central Ave. 26th Floor

City: Phoenix            State: AZ    Zip: 85004

Phone Number w/Area Code: (602) 390-9998

City and State of Residence: Phoenix, Arizona

Primary E-mail Address: lelkin@alcocklaw.com

Secondary E-mail Address: lelkin@alcockglobal.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Cynthia Bautista

Law Firm Name: Bautista Immigration Law, PLC

Address: 1227 Laurel Street

City: San Carlos            State: CA    Zip: 94070

Phone Number w/Area Code: (650) 674-6070        Bar # 336327

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: June 30, 2026        _____
                            U.S. Magistrate Judge Christopher D. Baker